UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KAAI J. WILLIAMS, JR.,

    Petitioner,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS,

    Respondent.

Case No. C06-5715 RBL/KLS

ORDER TO AMEND

    This habeas corpus petition has been referred to United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. # 1). Petitioner names only the Washington State Department of Corrections as Respondent. 28 U.S.C. § 2243 indicates that writs are to be directed "to the person having custody of the person detained". This person typically is the superintendent of the facility in which the Petitioner is incarcerated. Failure to name the Petitioner's custodian deprives federal courts of personal jurisdiction. Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

ORDER

1     Petitioner is ordered to file an amended petition or a motion to change the case caption and
2 Petitioner must name the superintendent of the facility where he is incarcerated.  The new petition or
3 motion must be filed on of before **March 2, 2007** or the Court will recommend dismissal of this
4 petition on jurisdictional grounds.
5     The Clerk is ordered to send copies of this Order to the Petitioner and to note this matter for
6 the Court's **March 2, 2007** calendar.

7

8     DATED this 26th day of January, 2007.

9

10

11     Karen L. Strombom
12     United States Magistrate Judge

28 ORDER