1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

12  KAAI J. WILLIAMS, JR.,

13          Petitioner,

14      v.                                              Case No. C06-5715 RBL/KLS

15  WASHINGTON STATE DEPARTMENT OF          ORDER TO SHOW CAUSE
    CORRECTIONS,
16
17          Respondent.

18

19   This habeas corpus petition has been referred to United States Magistrate Judge Karen L.

20 Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and  4.  Petitioner seeks federal

21 habeas corpus relief pursuant to 28 U.S.C. § 2254.  (Dkt. # 1).

22   On January 29, 2007, Petitioner was ordered to amend his habeas corpus petition to correctly

23 name the Respondent.  (Dkt. # 3).  Petitioner was advised that 28 U.S.C. § 2243 requires that writs

24 are to be directed "to the person having custody of the person detained," typically the superintendent

25 of the facility in which the Petitioner is incarcerated.  Petitioner was further advised that failure to

26 name the Petitioner's custodian deprives federal courts of personal jurisdiction.  *Stanley v. California*

27
28  ORDER

1  *Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994).   Petitioner was given until March 2, 2007 to file
2  an amended petition or a motion to change the case caption.  Petitioner filed an amended petition on
3  February 23, 2007, naming Sandra Carter, John Aldana, Les Schneider, Robert O'Neil K. Grubb,
4  Steven Blakeman, Sandy Dimmel, Norman Bright, and Nancy Winters as Defendants.  The amended
5  petition does not comply with 28 U.S.C. § 2243.  Petitioner should name only the person having
6  custody over him – the immediate custodian is generally the warden of the prison.

7  Accordingly, it is **ORDERED**:

8  1.   Petitioner shall show cause why his petition for writ of habeas corpus should not be
9  dismissed for failure to name a proper respondent.  A response is due by **April 27, 2007.**  If
10  Petitioner fails to file a response or the response shows the petitioner cannot go forward the court
11  will enter a report and recommendation that the petition be dismissed.

12  2.   The Court Clerk is directed to send a copy of this Order to Petitioner and to note this
13  matter for the court's **April 27, 2007** calendar.

15  DATED this  2nd  day of April, 2007.

Karen L. Strombom
United States Magistrate Judge

28  ORDER