# United States District Court

## WESTERN DISTRICT OF WASHINGTON

KAAI J. WILLIAMS, JR.

v.

KAREN BRUNSON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5715RBL/JKA

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Petitioner's Amended Petition for Writ of Habeas Corpus (Dkt. #8) is **Dismissed with Prejudice**.

October 3, 2007
Date

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk